UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ROBIN RENEA DAVIS *aka* ROBIN R.   CASE NO.: 17-20551-AJC
DAVIS *aka* ROBIN DAVIS,   CHAPTER 7

     Debtor(s).

_____/

**MOTION TO VACATE ORDER GRANTING MOTION
FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**
*Subject Property*: *4310 NW 182ND ST, OPA LOCKA, FL 33055*

Secured Creditor, BAYVIEW LOAN SERVICING LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SD2 ("Creditor"), by and through its undersigned counsel, hereby files this Motion to Vacate Order Granting Debtor's Verified *Ex Parte* Motion for Referral to Mortgage Modification Mediation ("Mediation Order") [D.E. 22] in this action, and, in support thereof, states:

1. On August 21, 2017, the above Debtor(s) filed a Voluntary Petition for Relief pursuant to Chapter 7 of the United States Bankruptcy Code.

2. On November 17, 2017, Debtor filed a Verified *Ex Parte* Motion for Referral to Mortgage Modification Mediation ("MMM") with the Creditor [D.E. 20]. The Motion was granted and the Mediation Order was entered on November 28, 2017 [D.E. 22].

3. Pursuant to the Mediation Order, the Debtor and Creditor were to enter into the MMM Program and proceed in good faith. Among other things, the Mediation Order directs the parties to select a mediator within fourteen (14) days, and register in the MMM Portal within seven (7) days. Within seven (7) days after the filing of Debtor's Notice of Selection of

Mortgage Modification Mediator, the Debtor's attorney shall upload the Debtor's loan modification package and a copy of the Mediation Order to the MMM Portal.

4. The Mediation Order, Paragraph No. 25, further provides that "[i]f any parties or their counsel fail to comply with this Order, the Court will consider a motion to vacate this Order and also may impose sanctions."

5. As of the filing of this motion, the Debtor's attorney has failed to 1) upload this matter into the MMM Portal, 2) submit the required documents and information for the Debtor to be considered for any loss mitigation options, and 3) select a mediator or otherwise coordinate a mediation.

6. The Debtor's actions, or lack thereof, are an example of the Debtor's ongoing attempt to delay Creditor from pursuing its state court remedies.

7. As such, Creditor respectfully requests that the Mediation Order be vacated.

**WHEREFORE,** Creditor, BAYVIEW LOAN SERVICING LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-SD2, requests that this Court enter an Order Vacating the Order Granting Motion for Referral to Mortgage Modification Mediation in this matter, and for such other and further relief that this Court deems just and proper.

SHD Legal Group, P.A.
**Attorneys for Creditor**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax: (954) 564-9252

By: /s/ Joshua C. Kligler
    Joshua C. Kligler
    Florida Bar No. 69397
    JKligler@shdlegalgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, January 17, 2018, a copy of the foregoing motion was furnished electronically and/or via first class U.S. Mail upon:

ROBIN RENEA DAVIS *aka* ROBIN R. DAVIS *aka* ROBIN DAVIS
4310 NW 182 ST
OPA LOCKA, FL 33055-3364
*Debtor(s)*

FIDEL ANTONIO CALERO T, ESQ.
14900 SW 30 STREET, #277704
MIRAMAR, FL 33027
*Attorney for Debtor(s)*

SONEET KAPILA
PO BOX 14213
FORT LAUDERDALE, FL 33302
*Trustee*

OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

        SHD Legal Group, P.A.
        **Attorneys for Creditor**
        PO BOX 19519
        Fort Lauderdale, FL 33318
        Phone: (954) 564-0071
        Fax:  (954) 564-9252

        By:  /s/ Joshua C. Kligler
            Joshua C. Kligler
            Florida Bar No. 69397
            JKligler@shdlegalgroup.com

6169-167723
YB